In the matter of the application of JOHN GANEY for an allowance from the estate of Catherine A. Donahue, a lunatic.

[Decided February 1st, 1923.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder, whose opinion is reported in *93 N. J. Eq. 389.*

*Mr. Milton M. Unger,* for the petitioner-appellant.

*Mr. Charlton A. Reed,* for the guardian-respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance* — THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—15.

*For reversal*—None.